1  STEVEN M. SCHATZ, State Bar No. 118356
   KATHERINE L. HENDERSON, State Bar No. 242676
2  DIANE M. WALTERS, State Bar No. 148136
   MICHAEL PETROCELLI, State Bar No. 269460
3  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
4  650 Page Mill Road
   Palo Alto, CA 94304-1050
5  Telephone:  (650) 493-9300
   Facsimile:   (650) 493-6811
6  Email: sschatz@wsgr.com
   Email: khenderson@wsgr.com
7  Email: dwalters@wsgr.com
   Email: mpetrocelli@wsgr.com
8

9  Attorneys for Defendant
   SUNPOWER CORPORATION
10

11                  UNITED STATES DISTRICT COURT

12                NORTHERN DISTRICT OF CALIFORNIA

13

14  KENNETH BRISTOW, Individually and On          )    CASE NO.:  3:16-cv-04710-RS
    Behalf of All Others Similarly Situated,      )
15                                                )    **STIPULATION AND [~~PROPOSED~~]**
                                                  )    **ORDER IN SUPPORT OF**
16              Plaintiff,                        )    **ADMINISTRATIVE MOTION TO**
                                                  )    **CONSIDER WHETHER CASES**
17         v.                                     )    **SHOULD BE RELATED**
                                                  )
18  SUNPOWER CORPORATION, THOMAS H.               )    **(Civ. L.R. 3-12)**
    WERNER, and CHARLES D. BOYNTON,               )
19                                                )
              Defendants.                         )
20  _____  )
                                                  )
21  JAY PATEL, Individually and On Behalf of All  )    CASE NO.:  3:16-cv-04915-WHO
    Others Similarly Situated,                    )
22                                                )
              Plaintiff,                          )
23                                                )
           v.                                     )
24                                                )
    SUNPOWER CORPORATION, THOMAS H.               )
25  WERNER, and CHARLES D. BOYNTON,               )
                                                  )
26            Defendants.                         )
    _____  )
27

28
   STIPULATION RE ADMIN. MOTION TO CONSIDER
   WHETHER CASES SHOULD BE RELATED (CIV. L. R.
   3-12)
   CASE NOS. 16-CV-04710-RS, 16-CV-04915-WHO,
   16-CV-05312-NC, 16-CV-05381-NC

| | | |
|---|---|---|
| 1 | BERNARD STERN, derivatively on behalf of SUNPOWER CORPORATION, | ) CASE NO.:  3:16-cv-05312-NC |
| 2 | | ) |
| | Plaintiff, | ) |
| 3 | | ) |
| | v. | ) |
| 4 | | ) |
| 5 | THOMAS H. WERNER, CHARLES D. BOYNTON, ARNAUD CHAPERON, | ) |
| | BERNARD CLÉMENT, DENIS GIORNO, | ) |
| 6 | DANIEL LAURÉ, CATHERINE LESJAK, THOMAS R. MCDANIEL, HUMBERT DE | ) |
| 7 | WENDEL, and PAT WOOD, III, | ) |
| | | ) |
| 8 | Defendants, | ) |
| 9 | and | ) |
| 10 | SUNPOWER CORPORATION , | ) |
| 11 | Nominal Defendant. | ) |
| 12 | | ) |
| 13 | PETER MOSCONE, Derivatively on Behalf of Nominal Defendant SUNPOWER | ) CASE NO.:  3:16-cv-05381-NC |
| | CORPORATION, | ) |
| 14 | | ) |
| | Plaintiff, | ) |
| 15 | | ) |
| 16 | v. | ) |
| 17 | BERNARD CLÉMENT, DENIS GIORNO, CATHERINE LESJAK, ARNAUD | ) |
| | CHAPERON, DANIEL LAURÉ, PAT WOOD | ) |
| 18 | III, THOMAS R. MCDANIEL, HUMBERT DE WENDEL, and THOMAS H. WERNER, | ) |
| 19 | | ) |
| | Defendants, | ) |
| 20 | | ) |
| | and | ) |
| 21 | | ) |
| 22 | SUNPOWER CORPORATION, a Delaware Corporation, | ) |
| 23 | Nominal Defendant. | ) |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | STIPULATION RE ADMIN. MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED (CIV. L. R. 3-12) CASE NOS. 16-CV-04710-RS, 16-CV-04915-WHO, 16-CV-05312-NC, 16-CV-05381-NC | |

WHEREAS, there are two shareholder class actions and two shareholder derivative actions pending in the U.S. District Court for the Northern District of California and arising out of a common set of facts, as set forth below:

| Case Name | Case No. | Filing Date |
|---|---|---|
| *Bristow v. SunPower Corp., et al.* | Case No. 16-cv-04710-RS | Aug. 16, 2016 |
| *Patel v. SunPower Corp., et al.* | Case No. 16-cv-04915-WHO | Aug. 26, 2016 |
| *Stern v. Werner, et al.* | Case No. 16-cv-05312-NC | Sept. 16, 2016 |
| *Moscone v. Clement, et al.* | Case No. 16-cv-05381-NC | Sept. 20, 2016 |

WHEREAS, pursuant to Civil Local Rule 3-12, defendant SunPower Corporation has filed concurrently herewith an administrative motion to consider whether the *Patel*, *Stern*, and *Moscone* actions should be deemed related to the previously filed *Bristow* action and reassigned to the Honorable Richard Seeborg;

WHEREAS, the *Bristow*, *Patel*, *Stern*, and *Moscone* actions arise from substantially similar facts and circumstances;

WHEREAS, it appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if these cases are conducted before different judges;

WHEREAS, defendants have not yet responded to the complaints in any of these actions;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among counsel for the undersigned parties, subject to approval of the Court, that the *Patel*, *Stern*, and *Moscone* actions should be deemed related to the first-filed *Bristow* action and reassigned to the Honorable Richard Seeborg.

1    Dated:  October 13, 2016                    WILSON SONSINI GOODRICH & ROSATI
                                                 Professional Corporation
2

3                                                By: /s/ Steven M. Schatz
                                                        Steven M. Schatz
4

5                                                650 Page Mill Road
                                                 Palo Alto, CA 94304-1050
6                                                Telephone: (650) 493-9300
                                                 Facsimile:  (650) 493-6811
7                                                Email: sschatz@wsgr.com

8                                                *Attorneys for Defendant SunPower Corporation*

9

10   Dated: October 13, 2016                     GLANCY PRONGAY & MURRAY LLP

11

12                                               By: /s/ Lesley F. Portnoy
                                                        Lesley F. Portnoy
13

14                                               Lionel Z. Glancy
                                                 Robert V. Prongay
15                                               Lesley F. Portnoy
                                                 Charles H. Linehan
16                                               1925 Century Park East, Suite 2100
                                                 Los Angeles, CA 90067
17                                               Telephone: (310) 201-9150
                                                 Facsimile:  (310) 201-9160
18                                               Email: lportnoy@glancylaw.com

19                                               LAW OFFICES OF HOWARD G. SMITH

20                                               Howard G. Smith
                                                 3070 Bristol Pike, Suite 112
21                                               Bensalem, PA 19020
                                                 Telephone: (215) 638-4847
22                                               Facsimile:  (215) 638-4867

23                                               *Attorneys for Plaintiff  Kenneth Bristow*

24

25

26

27

28   STIPULATION RE ADMIN. MOTION TO CONSIDER              -2-
     WHETHER CASES SHOULD BE RELATED (CIV. L. R.
     3-12)
     CASE NOS. 16-CV-04710-RS, 16-CV-04915-WHO,
     16-CV-05312-NC, 16-CV-05381-NC

1    Dated:  October 13, 2016                    POMERANTZ LLP

2
                                                 By: /s/ J. Alexander Hood II, *admitted pro hac vice*
3                                                        J. Alexander Hood II

4                                                Jeremy A. Lieberman
                                                 J. Alexander Hood II
5                                                600 Third Avenue, 20th Floor
                                                 New York, New York 10016
6                                                Telephone: (212) 661-1100
                                                 Facsimile:  (212) 661-8665
7                                                Email:  ahood@pomlaw.com

8                                                POMERANTZ LLP
                                                 Jennifer Pafiti
9                                                468 North Camden Drive
                                                 Beverly Hills, CA 90210
10                                               Telephone: (818) 532-6499

11                                               *Attorneys for Plaintiff Jay Patel*

12
     Dated: October 13, 2016                     BRODSKY & SMITH, LLC
13

14                                               By: /s/ Evan J. Smith
                                                         Evan J. Smith
15
                                                 9595 Wilshire Blvd.
16                                               Beverly Hills, CA 90212
                                                 Telephone: (877) 534-2590
17                                               Facsimile: (310) 247-0160

18                                               PROFY PROMISLOFF & CIARLANTO, P.C.
                                                 Jeffrey J. Ciarlanto
19                                               Joseph M. Profy
                                                 David M. Promisloff
20                                               100 N. 22nd Street, Unit 105
                                                 Philadelphia, PA 19103
21                                               Telephone: (215) 259-5156
                                                 Facsimile:  (215) 600-2642
22
                                                 LAW OFFICE OF ALFRED G. YATES, JR., P.C.
23                                               Alfred G. Yates, Jr.
                                                 Gerald L. Rutledge
24                                               519 Allegheny Building
                                                 429 Forbes Avenue
25                                               Pittsburgh, PA 15219
                                                 Telephone: (412) 391-5164
26                                               Facsimile:  (412) 471-1033

27                                               *Attorneys for Plaintiff Bernard Stern*

28   STIPULATION RE ADMIN. MOTION TO CONSIDER              -3-
     WHETHER CASES SHOULD BE RELATED (CIV. L. R.
     3-12)
     CASE NOS. 16-CV-04710-RS, 16-CV-04915-WHO,
     16-CV-05312-NC, 16-CV-05381-NC

1   Dated: October 13, 2016          THE WAGNER FIRM

2
                                     By: /s/ Avi N. Wagner
3                                         Avi N. Wagner

4                                    1925 Century Park East, Suite 2100
                                     Los Angeles, CA 90067
5                                    Telephone: (310) 491-7949
                                     Facsimile:  (310) 694-3967
6                                    Email: avi@thewagnerfirm.com

7                                    GAINEY McKENNA & EGLESTON
                                     Thomas J. McKenna
8                                    Gregory M. Egleston
                                     440 Park Avenue South, 5th Floor
9                                    New York, NY 10016
                                     Telephone: (212) 983-1300
10                                   Facsimile:  (212) 983-0383

11                                   *Attorneys for Plaintiff Peter Moscone*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1       PURSUANT TO STIPULATION, IT IS SO ORDERED.

2   DATED:  10/14/16                     _____

3                                        The Honorable Richard Seeborg
                                         United States District Judge

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   STIPULATION RE ADMIN. MOTION TO CONSIDER          -5-
     WHETHER CASES SHOULD BE RELATED (CIV. L. R.
     3-12)
     CASE NOS. 16-CV-04710-RS, 16-CV-04915-WHO,
     16-CV-05312-NC, 16-CV-05381-NC

1    I, Diane M. Walters, am the ECF user whose ID and password are being used to file this

2  STIPULATION AND [PROPOSED] ORDER IN SUPPORT OF ADMINISTRATIVE

3  MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED.  In compliance with

4  Civil Local Rule 5-1(i)(3), I hereby attest that Steven M. Schatz, Lesley F. Portnoy, J. Alexander

5  Hood II, Evan J. Smith, and Avi N. Wagner have concurred in this filing.

6

7  Dated:  October 13, 2016                          WILSON SONSINI GOODRICH & ROSATI
                                                      Professional Corporation
8

9                                                    By: /s/     Diane M. Walters
                                                          Diane M. Walters
10                                                        dwalters@wsgr.com

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  STIPULATION RE ADMIN. MOTION TO CONSIDER              -6-
    WHETHER CASES SHOULD BE RELATED (CIV. L. R.
    3-12)
    CASE NOS. 16-CV-04710-RS, 16-CV-04915-WHO,
    16-CV-05312-NC, 16-CV-05381-NC